Petition for Writ of Mandamus Denied and Memorandum Opinion filed
September 9, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed September 9, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00596-CV

____________

 

IN RE FRONTIER INSURANCE COMPANY
IN REHABILITATION, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On June 21, 2004, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  

Relator has not established that the trial
court abused its discretion. 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed September 9, 2004.

Panel consists of
Justices Fowler, Edelman, and Seymore.